**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MF Global, Inc., Plaintiff, | FILED STAMP: APRIL 9, 2008 |
| v. | 08CV2019   J. N. |
| American Bullion Exchange Abex Corp., Defendant. | JUDGE NORDBERG |
| | MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MF Global, Inc.

| NAME (Type or print) |
|---|
| Jeffry M. Henderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Henderson & Lyman |
| STREET ADDRESS |
| 175 West Jackson Boulevard, Suite 240 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 9479450 | (312) 986-6960 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐